BRYCE C. LLOYD
JUSTIN B. OLESON
BLASER OLESON & LLOYD Chrt.
Attorneys at Law
285 N.W. Main St.
P.O. Box 1047
Blackfoot, Idaho 83221
(208) 785-4700
Fax No. 785-7080
ISB #6776
ISB #6412

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDITH D. WARD, | ) |
| | ) Case No.: 4:16-CV-00393-REB |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NOTICE OF VOLUNTARY DISMISSAL |
| EDUCATION CREDIT MANAGEMENT | ) OF: GC SERVICES LIMITED |
| CORPORATION, a/k/a ECMC | ) PARTNERSHIP AND PERFORMANT |
| HOLDINGS CORPORATION, a/k/a | ) RECOVERY, INC. |
| ECMC GROUP, INC., a/k/a ECMC | ) |
| FOUNDATION; GC SERVICES LIMITED | ) |
| PARTNERSHIP; EGS FINANCIAL CARE, | ) |
| INC.; PERFORMANT RECOVERY, INC.; | ) |
| and PREMIER CREDIT OF NORTH | ) |
| AMERICA, LLC, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and Idaho Rules of Civil Procedure Rule 41 (a), Edith Ward, by and through undersigned counsel, hereby give notice of their voluntary dismissal of this case against **GC Services Limited Partnership and Performant Recovery, Inc.**, without prejudice in this matter.

Defendant's, **GC Services Limited Partnership and Performant Recovery, Inc.**, have not answered or moved for Summary Judgment.

DATED: December 29, 2016.	BLASER, OLESON & LLOYD CHRT.

By:  s/Bryce C. Lloyd
BRYCE C. LLOYD
Attorney's for Plaintiff

and

BLASER, OLESON & LLOYD CHRT.

By:  s/Justin B. Oleson
JUSTIN B. OLESON
Attorney's for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2016, a true and correct copy o the foregoing document entitled NOTICE OF VOLUNTARY DISMISSAL was filed through ECF system, which will send notification of such filing to the following e-mail addresses:

Justin@bollaw.net
Shaun@sbidaholaw.com
Mollerup@benoitlaw.com
Kaminskid@cmtlaw.com
Lgalvis@sessions.legal